PROB 12C
(7/93)

Report Date: February 14, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**FEB 2 1 2013**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ruben Acevedo Bravo          Case Number: 2:05CR02094-002

Address of Offender: The Metropolitan Correctional Center (MCC), San Diego, CA

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: March 16, 2006

| | |
|---|---|
| Original Offense: | Distribution of Controlled Substance and Aiding and Abetting, 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 |
| Original Sentence: | Prison - 69 Months; TSR - 48 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: TBD | Date Supervision Commenced: August 6, 2010 |
| Defense Attorney: TBD | Date Supervision Expires: August 5, 2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On February 4, 2013, a criminal complaint was filed with the U.S. District Court for the Southern District of California at San Diego, charging the defendant who was using the name Ruben Bravo-Acevedo, with Deported Alien Found in the U.S., in violation of 8 U.S.C. § 1326, magistrate number 3:13MJ00397-WVG-001.

According to the complaint, on or about January 31, 2013, the defendant, along with several others were discovered in the U.S. approximately 2 miles east of San Ysidro, California. Upon questioning, the defendant admitted he was a citizen and national of Mexico present in the U.S. illegally and without any immigration documents.

Prob12C
Re: Bravo, Ruben Acevedo
February 14, 2013
Page 2

    2      **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

          **Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about January 31, 2013, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on August 7, 2010, at Eagle Pass, Texas and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/14/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

February 21, 2013
Date